## Commonwealth, Appellant, *v.* Kaiser.

Submitted December 16, 1975. *Gregory V. Smith*, Assistant District Attorney, and *Allen E. Ertel*, District Attorney, for Commonwealth, appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.